UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE ROSARIO OQUENDO,

    Petitioner,

-vs-                                    Case No. 6:11-cv-990-Orl-28KRS
                                       (Criminal Case No.: 6:08-cr-228-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER OF DISMISSAL

On May 16, 2012, the Court ordered Petitioner to show cause, within ten days from the date of the Order, why this case should not be dismissed for failure to keep the Court advised of his current address (Doc. No. 13). Further, the Court notified P that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** as follows:

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court shall enter judgment dismissing this case without

prejudice and is directed to close this case.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 31st day of May, 2012.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 5/31
Jose Rosario Oquendo