UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE ROSARIO OQUENDO,

    Petitioner,

-vs-                                    Case No. 6:11-cv-990-Orl-28KRS
                                    (Criminal Case No.: 6:08-cr-228-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. No. 16, filed June 29, 2012). Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 3rd day of July, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 7/3
Jose Rosario Oquendo
Counsel of Record