UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JOSE ROSARIO OQUENDO,

      Petitioner,

-vs-                                      Case No.  6:11-cv-990-Orl-28KRS
                                   (Criminal Case No.:  6:08-cr-228-Orl-28KRS)

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

This case is before the Court on the following motions:

1.      Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 22) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.      Petitioner's Request for a Certificate of Appealability (Doc. No. 21) is **DENIED**.  This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right."  28

U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

   **DONE AND ORDERED** in Orlando, Florida, this _6_ day of September, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 9/6
Jose Rosario Oquendo
Counsel of Record

2